

FILED FOR RECORD
2013 MAY -7 PM 2: 05
WASHINGTON CO. AR
CIRCUIT CLERK
K. SYLVESTER

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
CIVIL DIVISION

**LUDA ONYSHCHENKO**                                                **PLAINTIFF**

VS.                   CASE NO.: CV 2013-__938-5__

**DELTA AIR LINES, INC.**                                      **DEFENDANT**
**MESA AIR GROUP, INC.**                                      **DEFENDANT**
**FREEDOM AIRLINES, INC.**                                  **DEFENDANT**

## COMPLAINT

COMES NOW the Plaintiff, Luda Onyshchenko, and for her cause of action against the Defendants, states:

1. That the Plaintiff, Luda Onyshchenko, is a resident of Washington County, Arkansas.

2. That the separate Defendant, Delta Air Lines, Inc., is a foreign corporation registered and doing business in the State of Arkansas.

3. That the separate Defendant, Mesa Air Group, Inc., is a foreign corporation doing business in the State of Arkansas, although it is not registered within this state.

4. That the separate Defendant, Freedom Airlines, Inc., is a foreign corporation which was previously registered to do business in the State of Arkansas, but such status has been revoked. That this separate Defendant was doing business within the State of Arkansas on May 8, 2010.

5. That this Court has jurisdiction over the parties and the subject matter herein.

6. That sometime prior to May 8, 2010, the Plaintiff did purchase an airline ticket from the separate Defendant, Delta Air Lines, Inc., for a flight from the Northwest Arkansas Regional Airport located in Benton County, Arkansas, to the destination of Minneapolis, Minnesota.

7. That the Delta flight purchased by the Plaintiff from the separate Defendant was described as Delta Flight #6209, which departed on May 8, 2010.

8. That on or about May 8, 2010, Delta Air Lines, Inc., had contracted with Freedom Airlines, Inc., a Nevada corporation, to operate its flights from Northwest Arkansas Regional Airport to Minneapolis, Minnesota, and Freedom Airlines, Inc. did operate Delta Flight #6209.

9. That the aircraft provided by the separate Defendant, Delta Air Lines, Inc. to provide the transport of the Plaintiff from Northwest Arkansas Regional Airport to Minneapolis, Minnesota, was owned and operated by Freedom Airlines, Inc.

10. That on May 8, 2010, Freedom Airlines, Inc., was a wholly owned subsidiary of Mesa Air Group, Inc., a Nevada corporation, which had total control and authority over such subsidiary.

11. That on May 8, 2010, the Plaintiff, after having purchased a ticket from the separate Defendant, Delta Air Lines, Inc., did board Delta Flight #6209, as a passenger on the flight to Minneapolis, Minnesota, under the following facts and conditions:

    a. After boarding, Luda Onyshchenko was seated in her assigned aisle seat on that flight;

    b. Some time after liftoff, the Plaintiff fell asleep in her seat;

    c. A flight attendant, whose name is unknown to Luda Onyshchenko, pushed a drink cart down the aisle of the aircraft;

d. This flight attendant on this flight was an agent in the employment of the Defendant, Freedom Airlines, Inc., working within the scope of authority of her agency, and working for the benefit of all Defendants;

e. Some time after takeoff and after the Plaintiff had fallen asleep, the above-described flight attendant pushed a drink cart down the aisle;

f. The flight attendant's view of the condition of the aisle on the opposite side of the cart was obstructed by the narrowness of the aisles and the body of the drink cart;

f. No person insured the leading side of the cart would travel safely down the aisle;

g. The leading side, opposite the side being pushed by the flight attendant, struck Luda Onyshchenko's right foot;

h. The strike was with such force as to immediately wake Luda Onyshchenko and cause her immediate and severe pain and injury;

i. The flight attendant admitted that she was at fault for striking Luda Onyshchenko's foot immediately after striking Luda Onyshchenko with the drink cart; and

j. The injury to Luda Onyshchenko was so severe and immediate that the flight crew provided some medical care and took pictures of Luda Onyshchenko's right foot.

12. The Defendants, Freedom Airlines, Inc. and Delta Air Lines Inc., are common carriers within the definition of common carriers in Arkansas.

13. The Defendants, as a common carriers, owed the highest duty of care to passenger Luda Onyshchenko to insure that the services provided during Flight 6209 from Northwest Regional Airport to Minneapolis, Minnesota, were provided safely.

14. The Defendant, Freedom Airlines, Inc., by and through its agent (the flight attendant described above) materially, and without excuse, negligently failed to meet its duty to

provide safe drink service as stated above, and as a direct and proximate result of the negligence of the Defendant, Freedom Airlines, Inc., to provide that safe drink service, Luda Onyshchenko was injured.

15. That all such negligence is imputed to the separate Defendants, Delta Air Lines, Inc., and Mesa Air Group, Inc., by reason of joint enterprise and/or agency.

16. That as a proximate result of the negligence of the Defendants, Luda Onyshchenko suffered significant and long-lasting injuries, including medical expenses, in the past and in the future, pain and suffering in the past and continues, long-term loss of full use of the foot, significant negative changes to her lifestyle, inability to provide for her family, loss of wages, and other damages.

WHERFORE, premises considered above, the Plaintiff, Luda Onyshchenko, requests entry of judgment against the separate Defendants, Freedom Airlines, Inc., Delta Air Lines, Inc., and Mesa Air Group, Inc., jointly and severally, in an amount to be determined, but not to exceed seventy thousand dollars ($70,000.00); for her cost costs incurred herein; and for any other relief to which she may prove herself entitled.

LUDA ONYSHCHENKO

BY: _____
Jeff H. Watson
Bar No. 82173
WATSON LAW FIRM, P.A.
3291 S. Thompson, Ste. B-101
Springdale, AR 72764